IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | Criminal No. 09-000281-CG |
| | * | Enhancement: |
| TONY LEE MITCHELL | * | 21 USC 851 |

## INFORMATION

The defendant, **TONY LEE MITCHELL,** has been previously convicted of a felony drug offense, to-wit; *State v. Mitchell*, Case Number CC 93-00173, on or about March 16, 1994, for Trafficking Cocaine, in the Circuit Court of Baldwin County, Alabama; therefore, he is subject to the penalty provision in Title 21, United States Code, Sections 851 and the second and subsequent penalties contained in 841(b)(1)(A), (B) and (C) as charged in the abovecaptioned indictment.

KENYEN R. BROWN
UNITED STATES ATTORNEY

By: s/ Gloria A. Bedwell
Gloria A. Bedwell bedwg1000
Assistant United States Attorney
63 South Royal Street, Suite 600
Mobile, Alabama 36602
(251)441-5845
(251)441-5131 (fax)
gloria.bedwell@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that I have filed the instant pleading with the Clerk of the Court using CM/ECF, which automatically serves a copy of the same upon counsel of record for the defendant, by email, this 19th day of January, 2010.

s/ Gloria A. Bedwell
Gloria A. Bedwell
Assistant United States Attorney