IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TONY LEE MITCHELL, | ) | |
| | ) | |
| Petitioner/Defendant, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION 11-0379-CG-N |
| | ) | CRIMINAL NO. 09-00281-CG-N |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody filed in this case (Doc. 28, as amended by Doc. 74) be and the same hereby is **DENIED** because, as to the claims for ineffective-assistance-of-counsel (Grounds I, II, and IV), it has not been shown that the petitioner's rights were violated, and the non-ineffective-assistance-of-counsel claim (Ground III) is procedurally unavailable. Further, the petitioner is not entitled to a certificate of appealability and is therefore not entitled to appeal in forma pauperis. His motion for an evidentiary hearing (Doc. 35) is **DENIED**, the motion to compel summary action (Doc. 70) is **DENIED as MOOT**, and, only because the Magistrate Judge addressed the inapplicability of the petitioner's other motions (Docs. 71, 76), they are **GRANTED**.

**DONE and ORDERED** this 13th day of December, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE