

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF ALABAMA

CASE NO. 1:09-cr-00281-CG-N

UNITED STATES OF AMERICA,

vs.

TONY LEE MITCHELL,

    Defendant.

## DEFENDANT'S MOTION TO MODIFY SENTENCE

    Defendant TONY LEE MITCHELL, appearing pro se, moves this Court for a modification of its sentence of August 17, 2010, as previously modified by order of this Court on December 29, 2014 (effective November 1, 2015):

    1. Defendant MITCHELL was originally sentenced to a term of imprisonment of 123 months (August 17, 2010). That sentence was reduced under §3582(c)(2), by reason of a retroactive amendment of the applicable guidelines, to 111 months by order dated December 29, 2014.

    2. Defendant MITCHELL asks this Court for a further modification of this sentence, to provide that the remainder of Defendant's pre-probationary term of incarceration be served on home confinement. As grounds therefor, Defendant MITCHELL states that:

    a) Defendant's parents are now aged 85 and 83, respectively, and are in failing health. Attached is a copy of the medical status letter regarding Defendant MITCHELL's father (from his father's physician, dated June 9, 2015). Defendant

MITCHELL has been approved for residence with his parents for the purpose of caring for and transporting them, particularly to medical appointments (including regular dialysis). BOP's calculation of Defendant's "home confinement" date is August 3, 2017 (see the attached Sentence Monitoring Computation Data Sheet). Notwithstanding, the Halfway House (because of its constraints) is unable to receive Defendant MITCHELL until <u>after</u> that date (projected for August 8, 2017), thus delaying further Defendant's availability to go home and care for his parents.

    b) Defendant has been incarcerated for approximately 77 months. Defendant has never received a disciplinary report or incident report. Defendant has completed 30 programs during his incarceration, including the 500-hour Residential Drug Treatment Program (see Defendant's attached program statement). Defendant is currently housed at a minimum security "camp" facility and has the lowest security rating, "Community Custody".

    c) Defendant is willing and able to pay for electronic monitoring as a condition of his home confinement.

    3. Allowing Defendant to go to home confinement will not detract from the severity of his punishment or its deterrent effect on others, but will serve only as a humanitarian gesture under the unusual circumstances regarding the personal needs of Defendant's elderly parents for a caregiver.

WHEREFORE, Defendant MITCHELL moves this Court to modify his sentence to provide for the remainder of his term of incarceration under home confinement (with electronic monitoring at Defendant's expense) under the supervision of this Court's

Probation Office.

SUBMITTED this 26th day of June, 2016.

_____
Tony Lee Mitchell, Petitioner

## CERTIFICATE OF FILING

I, Tony Lee Mitchell, under penalty of perjury, state under oath that I have delivered the original of the foregoing to the Institution's Special/Legal mail system, postage prepaid and addressed to the Clerk of the District Court, Southern District of Alabama, 113 Saint Josephy St., Mobile AL 36602, this **JUN 2 7 2016**, 2016.

_____
Tony Lee Mitchell, Reg. No. 07774-003
FPC Montgomery
Federal Prison Camp
Maxwell Air Force Base
Montgomery AL 36112

3

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ALABAMA
### U.S. Probation Office

Jennifer M. Childress  
Chief U.S. Probation Officer

201 St. Michael Street, 2nd Floor  
Mobile Alabama 36602  
(251)441-6800  
Fax (251) 441-6810

June 8, 2016

Mr. Tony Mitchell, #07774-003  
Federal Prison Camp Montgomery  
1001 Willow Street,  
Maxwell AFB, AL 36112

RE:   **REQUEST FOR HOME DETENTION**

Dear Mr. Mitchell:

The United States Probation Office for the Southern District of Alabama is in receipt of your letter, dated May 31, 2016, and this comes in response to your request that you be allowed to participate in the Home Confinement/Electronic Monitoring Program, upon your release from imprisonment.

A review of your Judgment and Commitment Order revealed that the Court did not impose a special condition of home confinement or electronic monitoring. Unfortunately, only the Court can modify your original Judgment order. It is my recommendation that you consult an attorney, and have them petition the Court to consider amending or modifying your special conditions of release. If you are released to an area halfway house, perhaps they will consider your request. In response to your question as to case assignment; at this time, we do not know which officer you will report to.

We hope you find this information helpful. Let us know if you have further questions.

Sincerely,

Chuck F. Matchett  
Supervisory U.S. Probation Officer  
Southern District of Alabama

Case 1:09-cr-00281-CG-N Document 97 Filed 06/29/16 Page 5 of 10 PageID #: 622

AO 247 (Rev. 08/14) ALSD Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| | |
|---|---|
| United States of America <br> v. <br> TONY LEE MITCHELL | ) <br> ) <br> ) Case No: 09-00281-001 <br> ) USM No: 07774-003 |
| Date of Original Judgment: August 17, 2010 <br> Date of Previous Amended Judgment: _____ <br> *(Use Date of Last Amended Judgment if Any)* | ) <br> ) Pro Se <br> *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  63  months **is reduced to**  51 months on Counts 1, 3 & 4.  .

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

The sentence on Count Two remains 60 months consecutive to the sentence imposed on Counts 1, 3 & 4.

Except as otherwise provided, all provisions of the judgment dated  August 17, 2010  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  December 29, 2014

Callie V.S. Granade U.S. District Judge
Digitally signed by Callie V.S. Granade U.S. District Judge
DN: cn=Callie V.S. Granade U.S. District Judge, o=U.S. Government, ou=Federal Judiciary, email=efile_granade@alsd.uscourts.gov, c=US
Date: 2014.12.29 13:05:58 -06'00'

*Judge's signature*

Effective Date:  November 1, 2015
*(if different from order date)*

United States District Court
*Printed name and title*

```
MONA9   540*23  *           SENTENCE MONITORING          *    03-16-2015
PAGE 001         *           COMPUTATION DATA             *    15:17:59
                             AS OF 03-16-2015


REGNO..: 07774-003 NAME: MITCHELL, TONY LEE


FBI NO...........: 710327KA8           DATE OF BIRTH:       1968   AGE: 46
ARS1.............: MON/A-DES
UNIT.............: BHM RDAP            QUARTERS.....: B03-011U
DETAINERS........: NO                  NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 08-03-2017

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT
THE INMATE IS PROJECTED FOR RELEASE:  02-03-2018 VIA GCT REL


-----------------------CURRENT JUDGMENT/WARRANT NO: 020 -----------------------

COURT OF JURISDICTION...........: ALABAMA, SOUTHERN DISTRICT
DOCKET NUMBER...................: 1:09-CR-00281-001
JUDGE...........................: GRANADE
DATE SENTENCED/PROBATION IMPOSED: 08-17-2010
DATE COMMITTED..................: 10-27-2010
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS   MISDMNR ASSESS   FINES        COSTS
NON-COMMITTED.:  $400.00         $00.00           $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO       AMOUNT: $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  391
OFF/CHG: 21:846 ATT TO MFG METH; 18:922(G)(1) PROHIBIT PERSON IN POSS
         OF F/A; 26:5861(D) POSS OF AN UNREGISTERED F/A(SHORT BARREL
         SHOTGUN

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    63 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 NEW SENTENCE IMPOSED...........:    51 MONTHS
 BASIS FOR CHANGE...............: USSG DRG QNTTY DCSN 11-01-2014
 DATE OF OFFENSE................: 11-19-2009




G0002         MORE PAGES TO FOLLOW . . .
```



Humam Humeda, M.D., F.A.C.P.         Christopher S. Reid, M.D.
Edward L. Friedland, M.D.             Nicholas Nagrani, M.D.
Ronnie Wiles, M.D., F.A.C.P.          Derek Jimenez, M.D.
Maged Nashed, M.D.                    James P. Martin, D.O.
Haitham Qader, M.D.                   F. Duncan Scott, M.D.
Douglas Bunting, M.D.

**Creighton Road Office**  
1619 Creighton Rd  
Pensacola, FL 32504  
Phone: (850) 444-4700  
Fax: (850) 434-8144  

**Milton Office**  
5934 Berryhill Medical Park Rd.  
Suite I  
Milton, FL 32570  
Phone: (850) 623-4771  
Fax: (850) 623-3938  

**Fort Walton Beach Office**  
925 Marwalt Drive  
Suite I  
Fort Walton Beach, FL 32547  
Phone: (850) 862-2385  
Fax: (850) 862-0482  

**Crestview Office**  
Brookemeade Professional Park  
600 Hospital Drive  
Crestview, FL 32539  
Phone: (850) 398-6606  
Fax: (850) 398-6424  

**Patient Name:** Wiley D Mitchell  
**DOB:** Mar 16, 1931  
**Chart #:**  
**Date:** Jun 09, 2015  
**Document Name:** Correspondence  

Wiley D Mitchell  
18901 Three Rivers Rd.  

Seminole, AL 36574  

**CHART #:**  
**Phone:** (251)946-2215  
**Sex:** M  
**Age:** 84 Yrs.  
**DOB:** ‾/1931  

Mr. M. Blackmon  
Case Manger. Birmingham Unit  
Federal Prison Camp Montgomery  
1101 Willow Street  
Maxwell Air Force Base  
Montgomery, AL 36112  

Mr. Blackmon,

Mr. Wiley Mitchell is an end stage renal disease patient requiring hemodialysis treatments three times a week. The renal disease can cause weakness, fatigue, and shortness of breath at times. He will need assistance from his son after he is released to The Halfway House and Home Confinement in early 2017 to assist with activities of daily living since he also has an elderly mother at home. Mr. Wiley scheduled dialysis time is in the evening. The dialysis unit is thirty two miles away from Mr. Mitchell's home, so he will also need his son to drive him to the dialysis unit. If there are any questions, please feel free to call (850)444-4700.

Thank you

Humam Humeda, MD  
**[ Signed and locked electronically on 06/24/2015 at 02:47:01 PM ]**  
Transcribed: Tawana L Cooper (06/09/2015)

# *Certificate of Achievement*

### Presented to

**TONY MITCHELL**
For successfully completing
the residential portion of the

### Residential Drug Abuse Treatment Program

*This milestone, while significant, is not the completion of the treatment requirements. TONY MITCHELL, is hereby eligible to move forward to the follow-up and/or community treatment components of RDAP.*

_____        _____
K. Cannon, Psy. D., DAP Coordinator   Date 1-26-2016
FPC Montgomery

May 31, 2016

BOP Programs Completed By Tony Mitchell

|    | DATE     | DESCRIPTION |
|----|----------|-------------|
| 1) | 10/30/10 | OSHA 30 Hour Industrial Safety Program |
| 2) | 12/17/10 | 28 Lesson Amazing Facts Bible Correspondence Program |
| 3) | 03/31/11 | 90 Days Participation and Attendance   AA/NA |
| 4) | 03/31/11 | Completion of Art Therapy |
| 5) | 05/09/11 | HIV/AIDS Awareness |
| 6) | 05/19/11 | Anger Management |
| 7) | 06/27/11 | 40 Hour Drug Education |
| 8) | 12/19/11 | Living Free Program |
| 9) | 01/10/12 | 120 Hour Powered Industrial Truck Certification |
| 10) | 03/29/12 | 26 Lesson Voice of Prophecy Bible Course |
| 11) | 06/06/12 | 20 Lesson Voice of Prophecy Bible Course |
| 12) | 08/31/13 | BOP Meineke Car Care General Service Tech Course (270 Hours) |
| 13) | 07/31/14 | FPC Englewood Parenting Course |
| 14) | 02/10/15 | Recreational Leather |
| 15) | 03/09/15 | Salvation Army Bible Correspondence Course |
| 16) | 03/10/15 | #1 Aids Awareness |
| 17) | 04/03/15 | #6 Stress Management |
| 18) | 04/03/15 | Recreation Ceramics |
| 19) | 04/10/15 | Leisure Guitar |
| 20) | 04/15/15 | #1 Nutrition |
| 21) | 04/22/15 | #3 Money Management |
| 22) | 05/04/15 | #2 Career Planning |
| 23) | 08/17/15 | Successfully Dealing With Stress |
| 24) | 08/17/15 | Making My Money Work For Me |
| 25) | 08/17/15 | Communication Skills |
| 26) | 08/17/15 | Red Flags To Domestic Violence |
| 27) | 08/17/15 | What To Do With My Anger |
| 28) | 01/26/16 | **Completion of 500 Hour Residential Drug Abuse Program** |
| 29) | 01/28/16 | #2 Dress For Success |
| 30) | 03/25/16 | 12 Lesson Economic Stability Course |

⇔07774-003⇔
Tony Lee Mitchell
07774003 Federal Prison Camp
1001 Willow Street
Maxwell AFB, AL 36112
United States



Montgomery P&DC 360
MON 27 JUN 2016 PM

⇔07774-003⇔
United States Dist Court
113 Saint Joseph ST
Attn: Clerk
Mobile, AL 36602
United States